# UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

## MISSOULA DIVISION

| | | |
|---|---|---|
| Timothy Long Jaw, | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 10-137-M-DWM-JCL |
| | ) | |
| Robert Deschamps, III, | ) | |
| | ) | |
| Defendant. | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED
that this action is DISMISSED.

Dated this 4th day of February, 2011.

PATRICK E. DUFFY, CLERK

By: /s/ T.A. Gesh
Deputy Clerk